#### UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF LOUISIANA
#### LAFAYETTE DIVISION

| | |
|---|---|
| **TROY B. GUIDRY** | **CASE NO. 6:22-CV-06162** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **H U D CHURCH POINT HOUSING AUTHORITY ET AL** | **MAG. JUDGE DAVID J. AYO** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 19] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss [Doc. Nos. 7, 11, 14] filed by each of the three named Defendants in this suit be **GRANTED**, dismissing Troy Guidry's ("Guidry") claims against Rayne State Bank **WITHOUT PREJUDICE** and dismissing Guidry's claims against the Housing Authority of Church Point **WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Guidry's suit is dismissed, and the case is closed.

MONROE, LOUISIANA, this the 12th day of October 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**